IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| RICHARD CLEMONS, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JANE AMPAH | ) Civil Action No. 1:17-cv-01115 (AJT/MSN) ) |
| Defendant. | ) ) ) |

## **ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 3] of the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] be denied. The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 3] be, and the same hereby is, DENIED.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail a copy to *pro se* Plaintiff at his address of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 5, 2017